IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 6 - 2007

Civil Action No. 07-CV-01873 BnB

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JAMES ROBERT MAIREL 57220-097,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant James Robert Mairel has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 5th day of September, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 - CV - 01873

James Robert Mairel
Reg. No. 57220-097
FPC - Florence
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on  9-6-07

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                               Deputy Clerk