IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01873-BNB

JAMES ROBERT MAIREL,

      Applicant,

v.

R. WILEY,

      Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 9 2007

GREGORY C. LANGHAM
            CLERK

---

## ORDER OF DISMISSAL

    Applicant, James Robert Mairel, is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. Mr. Mairel filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994) challenging the execution of his sentence. He paid the $5.00 filing fee.

    The Court must construe the application liberally because Mr. Mairel is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the application will be denied.

    Mr. Mairel alleges that he has been incarcerated for twelve years. He contends that, pursuant to 18 U.S.C. § 3624(c) (2000), he is entitled to spend six months, or ten percent, of his sentence in community corrections prior to his release from incarceration in order to prepare for re-entry into the community. He alleges that he was referred for

placement in a community corrections facility for 180 days prior to his scheduled release date of April 16, 2008, and that despite the 180-day referral, he was approved for placement in Oklahoma City, Oklahoma, for only ninety-three days, beginning on January 15, 2008.  He argues that instead he should be transferred to community corrections on October 16, 2007, in order to receive his full, six-months in community corrections.

Mr. Mairel is mistaken.  Pursuant to 18 U.S.C. § 3624(c), the BOP shall, to the extent practicable, assure that a prisoner serves a reasonable part of the last ten percent of his sentence, to a maximum of six months, under conditions such as community corrections or home confinement.  Simply because Mr. Mairel only has been approved for placement in community corrections for ninety-three days instead of the maximum 180 days allowed under the statute does not mean that his rights have been violated.  Accordingly, it is

ORDERED that the application is denied and the action dismissed.

DATED at Denver, Colorado, this _13_ day of ____Sept·____, 2007.

BY THE COURT:

ZITA L. WEINSHEINK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01873-BNB

James Robert Mairel
Reg. No. 57220-097
FPC - Florence
PO Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _____

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk