IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01873-ZLW

JAMES ROBERT MAIREL,

    Applicant,

v.

R. WILEY,

    Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Applicant, James Robert Mairel, filed *pro se* on September 25, 2007, a motion titled "Motion for Re-Hearing of 28 U.S.C. § 2241 Under 59E," in which he asks the Court to reconsider the denial of his habeas corpus application, dismissal of this action, and judgment, filed on September 19, 2007.

The Court must construe the September 19, 2007 motion for rehearing liberally because Mr. Mairel is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion for rehearing will be treated as a motion to reconsider, and the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). Mr. Mairel filed the motion to reconsider within ten days after the order of dismissal and the judgment. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

In the September 19, 2007, order, the Court denied the habeas corpus application as without merit. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Mairel fails to demonstrate the existence of any circumstances that would justify a decision to vacate the order of dismissal and judgment. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion for rehearing filed *pro se* on September 25, 2007, by Applicant, James Robert Mairel, and which the Court has treated as a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this _3_ day of _____ Oct. _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01873-BNB

James Robert Mairel
Reg. No. 57220-097
FPC - Florence
PO Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___10/4/07___

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk